IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA ANNE CARNEY, | * |
| Plaintiff, | * |
| v. | * CASE NO: 15-409 |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

JURISDICTION

Plaintiff is a resident of Mobile County, Alabama and brings this action against the Defendant, United States of America, pursuant to the Federal Tort Claims Act 28 U.S.C.A. §2679, etc.

FACTS

1. On or about the 12th day of February, 2011, Plaintiff, Melissa Anne Carney, was involved in an automobile accident with a vehicle operated by Jamie Leigh Stewart Wright (Wright).

2. The accident occurred on Frazier Cemetery Road in Mobile County, Alabama.

3. On June 26, 2012, Plaintiff filed a lawsuit against Wright asserting claims of negligence and wantonness.

4. Wright was, at the time of the accident, delivering mail in her capacity as a mail carrier for the United States Postal Service (USPS).

5. On April 3, 2014, Wright filed a Motion for Summary Judgment based on her contention that the Circuit Court of Mobile County, Alabama lacks jurisdiction under the provisions of the Federal Tort Claims Act which she alleged was the exclusive remedy for

individuals alleged harmed by a common law tort committed by a federal employee acting within the line and scope of her employment.

6. On the 12th day of September, 2014, Judge Robert H. Smith ruled that Wright was, in fact, acting within her capacity as a federal employee at the time of the accident and that Plaintiff's remedy is against the United States pursuant to the Federal Tort Claims Act.. He transferred the cause to the United States District Court for the Southern District of Alabama.

## COMPLAINT

On or about the 12th day of February, 2014, on Frazier Cemetery Road in Mobile County, Alabama, Defendant, United States of America, acting by and through its agent, Wright, negligently and/or wantonly caused or allowed a motor vehicle to collide with a motor vehicle occupied by Plaintiff.

As a proximate consequent of the aforesaid negligence and/or wantonness, Plaintiff suffered the following damages: she was injured; she incurred medical bills and expenses; she suffered physical pain and mental anguish; and her automobile was rendered less valuable.

WHEREFORE, Plaintiff, Melissa Anne Carney, demands judgment against Defendant in an amount to be determined by the Trier of Fact.

/s/ Edward Massey
EDWARD MASSEY (MASSE4348)
Attorney for Plaintiff
CLAY, MASSEY & ASSOCIATES
509 Church Street
Mobile, Alabama 36602
(251) 433-1000
em@claymassey.com

PLEASE SERVE THE DEFENDANTS BY CERTIFIED MAIL, AS FOLLOWS:

United States of America
United States Attorney's Office
63 S. Royal Street
Mobile, Alabama 36602

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260